

2600 Eagan Woods Dr, Suite 400
St. Paul, MN 55121
651-406-9665

151 West 46th Street, 4th Floor
New York, NY 10036
212-267-7342

| | |
|---|---|
| Defendant: | **Google LLC dba Google Sites** |
| Bankruptcy Case: | **VG Liquidation Inc., et al.** |
| Preference Period: | **Feb 9, 2018 - May 10, 2018** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Videology, Inc. | Videology, Inc. | 00002625/1 | $127,044.59 | 3/22/2018 | Jan-18 | 2/1/2018 | $127,044.59 |
| Videology, Inc. | Videology, Inc. | 00002563/1 | $96,789.29 | 2/27/2018 | Dec-17 | 1/1/2018 | $96,789.29 |
| **Totals:** | **2 transfer(s),** | **$223,833.88** | | | | | |

Google LLC dba Google Sites (2230031)
Bankruptcy Case: VG Liquidation Inc., et al.

Apr 14, 2020                                    Exhibit A                                    P. 1